IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RODNEY JOHNSON, | § § § | |
| Plaintiff, | § § | |
| | § | CASE NO. 5:25-CV-152-RWS-JBB |
| v. | § § | |
| JERRY ASH, ET AL., | § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court is the November 7, 2025 Report and Recommendation of the magistrate judge, which contains his proposed findings of fact and recommendations for the disposition of Plaintiff's case. Docket No. 4. Plaintiff was ordered, within thirty days of receipt of an October 2, 2025 order, to either (1) pay the statutory $405.00 filing fee, or (2) furnish an application for leave to proceed *in forma pauperis* accompanied by a properly certified *in forma pauperis* data sheet or inmate account summary sheet, which may be obtained from an authorized officer at the institution where he is confined. *Id.* As of November 7, 2025, Plaintiff had not paid the filing fee or furnished an application for leave to proceed *in forma pauperis* as ordered by the Court. *Id.* at 2. The magistrate judge therefore recommended that the case be dismissed without prejudice for failure to obey a court order. *Id.* at 3.

Plaintiff received a copy of the Report and Recommendation on November 19, 2025. Docket No. 7. On December 1, 2025, the Court received a "Written Objection" from Plaintiff. Docket No. 6. In the objection, Plaintiff generally cites the language of a standard order granting a motion for leave to proceed *in forma pauperis*. *See id.* at 1–2.

But the filing does not contain any valid objection. In fact, Plaintiff does not reference the Report and Recommendation at all, nor does he mention his failure to pay the filing fee. He further does not attempt to show good cause for his failure to do so. The Court agrees with the Report and Recommendation that it appears Plaintiff would have ample time in which to re-file his lawsuit, should he choose to do so, within the two-year limitations period.

The Court has conducted a careful *de novo* review of those portions of the magistrate judge's proposed findings and recommendations to which the Plaintiff objected. *See* 28 U.S.C. § 636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). After review, the Court concludes that the Report and Recommendation is correct and Plaintiff's objections are without merit. Accordingly, it is

**ORDERED** that the Report and Recommendation (Docket No. 4) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 12th day of December, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE